AO 93 (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

FILED

08 AUG 28 PM 2:45

CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL DEPUTY

SOUTHERN District of CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

Premises Known as:
4231 Logan Avenue Apartment A
San Diego, California 92113

Case Number: '08 MJ 2603

TO: Any FBI Special Agent and any Authorized Officer of the United States

Affidavit(s) having been made before me by FBI Special Agent Jamie S. Arnold (Affiant) who has reason to believe

that ☐ on the person of, or x on the premises known as (name, description and/or location)

4231 Logan Avenue Apartment A
San Diego, California 92113
Further described in Attachment A

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B
which are the fruits, evidence and instrumentalities concerning a violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii)(Harboring Aliens); 1324(a)(1)(A)(ii)(Transportation of Aliens; and Conspiracy to Harbor and Transport Aliens in violation of Title 8, U.S.C. Section(s) 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(ii).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 9/1/08 (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search x in the daytime — 6:00 AM to 10:00 P.M. ☐ ~~at anytime in the day or night as I find reasonable cause has been established~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to BARBARA L. MAJOR U.S. MAGISTRATE JUDGE as required by law.

U.S. Judge or Magistrate

8/22/08 at 4:40pm at SAN DIEGO, CALIF.

Date and Time Issued — City and State

BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer — Signature of Judicial Officer

AO 93 (Rev. 8/98) Search Warrant (Reverse)

| RETURN | Case Number: | |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/22/08 | DATE AND TIME WARRANT EXECUTED<br>8/26/08 6:15 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Left on premises |

INVENTORY MADE IN THE PRESENCE OF
FBI SA Jamie S. Arnold

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Seized Vehicle auction paperwork
- Western Union receipts
- 2 Notebooks
- 2 white envelopes
- 2 receipts
- Moneygram receipts
- Identification documents
- 16 Letters and envelopes
- vehicle registration documents
- Telephone bills
- 1 calling card
- 4 cellular telephones
- List of Names
- $2,480.00 US currency
- Computer CPU
- Honeywell safe
- Passport for Leyva Perez
- CHP accident report
- Scratch pad

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature] U.S. Judge or Magistrate — 8/28/08 Date